AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2017 FEB 27 AM 9:59
OFFICE OF THE CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.   8:17MJ47
The residence and premises at 12655 Woodsdale Circle, )
Omaha, NE, 68137, and the person Dick Wollman, )
DOB: 08/XX/1957, See Attachment A )

## SEARCH AND SEIZURE WARRANT

**SEALED**

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Nebraska
*(identify the person or describe the property to be searched and give its location)*:

The residence and premises at 12655 Woodsdale Circle, Omaha, NE, 68137, and the person Dick Wollman, DOB: 08/XX/1957.

For further information, see Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B for additional details.

**YOU ARE COMMANDED** to execute this warrant on or before  2-24-17  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ SUSAN M. BAZIS _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  2-16-17 at 3:43pm.   *Susan M Bazis*
                                              *Judge's signature*

City and state:   Omaha, Nebraska                SUSAN M. BAZIS, U.S. Magistrate Judge
                                                  *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>8:17MJ47 | Date and time warrant executed:<br>02/22/2017 @ 0650 hours | Copy of warrant and inventory left with:<br>Dick Wollman |
| Inventory made in the presence of :<br>Dick Wollman |||
| Inventory of the property taken and name of any person(s) seized:<br><br>See Attached |||

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: 02/22/2017<br><br>_____<br>*Executing officer's signature*<br><br>Special Agent - HSI<br>*Printed name and title* |

# IMMIGRATION AND CUSTOMS ENFORCEMENT – INVESTIGATIONS

## EVIDENCE INVENTORY AND RECEIPT

| Copy Distribution | |
|---|---|
| White | Case File |
| Canary | Subject |
| Pink | SP File |

PAGE 1 OF 1

Case Number: 0J07QR170J0006
Date/Time Search Initiated: 2/22/2017 0650
Date/Time Search Terminated: 2/22/2017
Subject(s) Name: DICK WOLLMAN
Address of Seizure: 12655 Woodsdale Circle, Omaha NE 68135

| Item # | Description of Evidence | Found By | Location Found |
|---|---|---|---|
| 001 | Sony Cybershot Camera 7122514 | JS | Kitchen |
| 002 | Address Labels | DS | Kitchen |
| 003 | Samsung Laptop JE8H915DA0174HL | MB | Basement |
| 004 | Misc Documents | DS | Basement |
| 005 | CD | JS | Basement |
| 006 | HP Laptop 2CE911FSJ8 | KA | Basement |
| 007 | HP Laptop 0096-175-532-3495 | KA | Basement |
| 008 | Motorola Cell Phone | CB | Basement |
| 009 | PalmOne Zire | CB | Basement |
| 010 | Thumb Drive | KA | Basement |
| 011 | CDs (20) | CB | Basement |
| 012 | Dell Tower 8W1LV21 | KA | Basement |
| 013 | Shirt | JM | Master Bedroom |
| 014 | Samsung Cell Phone | JM | Family Rm/Living Rm |
| 015 | HP Laptop CNU409D909 | JM | Kitchen |

Last item

By _____ (Agent's Signature)    Received By _____

Date 2/22/2017  Time 0835    Date 2/22/17  Time 835

## ATTACHMENT A

## DESCRIPTION OF LOCATIONS TO BE SEARCHED

The location requested to be searched is 12655 Woodsdale Circle, Omaha, NE, 68137, including the residential building, any outbuildings, and any appurtenances thereto, the SUBJECT PREMESIS. Pictures of the SUBJECT PREMESIS appear below. The location requested to be searched also includes the person of Dick WOLLMAN, DOB: 08/XX/1957, for the items listed in Attachment B, including cellular telephones and digital storage devices such as thumb drives that can be easily concealed on the person, should WOLLMAN be present on the SUBJECT PREMESIS and/or within the District of Nebraska at the time of the search.



27

## ATTACHMENT B

## ITEMS TO BE SEIZED

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of Title 18, United States Code, Sections 2252 and 2252A:

1. Computers or storage media used as a means to commit the violations described above.

2. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

    a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

    b. evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

    c. evidence of the lack of such malicious software;

d. evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to the crime(s) under investigation and to the computer user;

e. evidence indicating the computer user's knowledge and/or intent as it relates to the crime(s) under investigation;

f. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

g. evidence of programs (and associated data) that are designed to eliminate data from the COMPUTER;

h. evidence of the times the COMPUTER was used;

i. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

j. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

k. records of or information about Internet Protocol addresses used by the COMPUTER;

l. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses; and

m. contextual information necessary to understand the evidence described in this attachment.

29

3. Routers, modems, and network equipment used to connect computers to the Internet.
4. Child pornography and child erotica.
5. Digital communications devices to include cellular telephones, email devices, tablets, and personal digital assistants.
6. Safes or strongboxes, safe or strongbox keys, safe deposit box keys, storage facility keys or storage keys, or records pertaining to safe deposit boxes or storage areas where child pornography, child erotica, or computers or storage media may be located.
7. Records, information, and items relating to violations of the statutes described above including:
    a. Records, information, and items relating to the occupancy or ownership of the SUBJECT PREMISES, 12655 Woodsdale Circle, Omaha, NE, 68137, including utility and telephone bills, mail envelopes, or addressed correspondence;
    b. Records, information, and items relating to the ownership or use of computer equipment found in the above residence, including sales receipts, bills for Internet access, and handwritten notes;
    c. Records and information relating to the identity or location of the persons suspected of violating the statutes described above;
    d. Records and information relating to the sexual exploitation of children, including correspondence and communications between users of "Application A";
    e. Records and information showing access to and/or use of "Application A"; and
    f. Records and information relating or pertaining to the identity of the person or persons using or associated with the usernames on "Application A".

30

    g. Any articles of clothing or other items observed in this investigation that would substantiate the location or identity of the user of "Application A" at the time they were observed during this investigation.

8. During the course of the search, photographs of the searched premises may also be taken to record the condition thereof and/or the location of items therein.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded, including external and internal hard drives, flash drives, thumb drives, micro SD cards, macro SD cards, DVDs, gaming systems, SIM cards, cellular phones capable of storage, floppy disks, compact discs, magnetic tapes, memory cards, memory chips, and other magnetic or optical media.